

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

In re:

| | | |
|---|---|---|
| Thomas A. Minor and Renee Scott Minor | ) | Case Number 10-30161-KLP |
| | ) | Chapter 7 |
| Debtors | | Adversary Proceeding |
| | | Number 20-03129-KLP |
| | ) | Judge: Keith L. Phillips |
| Eloise K. Hahn | ) | |
| | ) | |
| Plaintiff | | |
| | ) | |
| vs | ) | |
| | ) | |
| Thomas Alan Minor et. al. | ) | |
| | ) | |
| Defendants | ) | |

NOTICE OF RECEIPT OF DEFICIENT FILING VIA USPS MAIL

NOTICE OF PAYMENT VIA TREASURY CHECK VIA FEDERAL EXPRESS

The Plaintiff, Eloise K. Hahn, acknowledges receipt of deficient filing via USPS

mail on September 22, 2020. Plaintiff, Eloise K. Hahn, hereby files notice that she is

remitting payment of $350.00 to the Clerk of the Bankruptcy Court on September 23, 2020, via

Federal Express mail. If the matter was striken Eloise K. Hahn, plaintiff motions the court to

reopen due to delay in the USPS mail in receiving notice of deficient filing.

Plaintiff, further sends notice that she has completed form 1040, adversary cover

sheet. Plaintiff elects to prosecute the matter with respect to FRAUD pursuant to 523(a)(2).

The trustee reopened Thomas Alan Minor's bankruptcy based on recovery of assets. Plaintiff,

Eloise K. Hahn, has responded to the proof of claim which includes interest on any tax due

from the fraudulent transfers at U.S. Trust Bank of America Private Wealth Management and the IRS where plaintiff's tax payment was pilfered in the amount of $1,059,399 by defendants, including Herman J. Marino, Esquire. Marino acts as counsel for defendants and has advised plaintiff, Eloise K. Hahn, defendants forgot to pay her and her brother's related family, namely Benjamin W. Hahn and Cynthia S. Hahn. Benjamin and Cynthia Hahn are not listed in Thomas and Renee's bankruptcy. They understand Parsons holds their assets with the bank. They have not prosecuted to date since Parsons failed to list them on his Chapter 13 bankruptcy. Their proof of claim would include in excess of $10,000,000 for the fraudulent transfer of their irrevocable trust assets at the bank and their pilfered tax payments in the amount of $1,059,399.

Form LBR2090-1(F) will be forwarded under separate cover. Plaintiff, Eloise K. Hahn, prepared the adversary proceeding and requests participation in the pretrial conference scheduled November 10, 2020 at 9:30 a.m. eastern time. Eloise's mobile number is (219) 628-5481. The probate court order of April 10, 2019, allows Eloise to pursue the matter in another courtrooom of competent jurisidiction. The reopening of Minor's bankruptcy due to discovery of assets allows Eloise prosecution of this matter with respect to fraud pursuant to Section 523(a)(2). false pretenses, false representation, actual fraud where Minor holds an unadministered estate of Eloise's late mother. Claims against the Commissioner of the IRS are mandated by Eloise's tax appeal with the United States Court of Appeals, namely case no. 19-1228, USTC 13801-19, including adversary proceeding number 20-03129-KLP, which includes U.S. Trust Bank of America Private Wealth Management. Eloise overpaid taxes in years 2004 and 2008 in excess of $100,000 due to the pending losses in the amount of $662,500, including the pilfered tax payments for $1,059,399. Additionally, Eloise claims she

has overpaid estate taxes in the amount of $366,000 due to the $250,000 discharged. Had the debt been properly listed on the 2010 bankruptcy petition the $250,000 would not have been discharged. The $366,000 includes the losses with trust expenses incurred. The Commissioner advised Eloise via U.S. Tax Court she does not owe taxes for years 2006 and thereafter. Eloise believes she has overpaid in taxes in excess of $466,000 plus interest. Attorney Steve Leahey has been retained in Chicago by Eloise. He is currently retained as counsel for Eloise's tax matters. Attorney Leahey will be requested to appear as a non-resident attorney in accordance with form 2090-1.2. He has not filed appearance in the United States District Court due to the pending matters in Minor's bankruptcy case number 10-30161-KLP which includes adversary case number 20-03129-KLP.

Respectfully submitted,

*[signature]*

Eloise K. Hahn, Plaintiff
313 East 1300 North
Chesterton, IN  46304
(219) 628-5481

CERTIFICATE OF SERVICE

Plaintiff, Eloise K. Hahn, certifies that she federally expressed notice to the bankruptcy clerk, William Redden, payment of the filing fee for $350.00 via federal express mail on September 23, 2020, and forwarded copies of this notice to the following parties, being:

United States Bankruptcy Clerk
Eastern District of Virginia
Richmond Division
Attn: William C. Redden
701 East Broad Street
Richmond, VA  23219

Steven A. Leahey, Esquire

3

150 N. Michigan Av, Suite 1120
Chicago, IL  60601

United States Department of Justice
Attn:   Michael Haungs, Esquire
        John Schumann, Esquire
Tax Division, Appellate Section
PO Box 502
Washington, D.C. 20044

McGuire & Woods, bank counsel
Gateway Plaza
800 E. Canal Street
Richmond, VA  23219

Kutak Rock LLP
Attn: Peter Barrett, Esquire
901 E. Byrd St.
Suite 1000
Richmond, VA  23219-4071

Rudolph C. McCollum, Jr.
McCollum @ Law, P.C.
P.O. Box 4595
Richmond, VA  23220

September 23, 2020                          Eloise K. Hahn

