*Subject to retainer agreements,*

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Eloise K. Hahn, party<br>313 East 1300 North<br>Chesterton, IN  46304<br>(219) 628-5481<br>eloisehahn313@gmail.com<br><br>Steven A. Leahey, Esquire<br>150 N. Michigan Av<br>Suite 1120<br>Chicago, IL  60601<br>(312)664-6649<br><br>*Attorney for:* Plaintiff |  |

### UNITED STATES BANKRUPTCY COURT

| In re:<br>Thomas Alan Minor and Renee Scott Minor | CASE NO.: 10-*30161-KLP*<br>ADVERSARY NO.: 20-03129-KLP<br>CHAPTER: 7 |
|---|---|
| Debtor(s). | |
| Eloise K. Hahn | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** |
| Plaintiff(s).<br>vs.<br>Thomas Alan Minor et.al.<br><br>Defendant(s). | |

1. I, <u>Steven A. Leahey</u>_____, apply to the court under LBR 2090-1(b) for permission to appear and participate in the above-entitled action on behalf of the following named party, by whom I have been retained (*specify name of party*):

   Eloise K. Hahn, plaintiff

2. I have paid the required fee specified in LBR 2090-1(b)(5) to the United States [...] Court and have attached a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                                           Page 1                                      F 2090-1.2.APP.NONRES.ATTY

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   Steven A. Leahey, Attorney @ Law

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):

5. I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the state of ___. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☐ have not been disciplined by any court or administrative body ☐ disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person of the following law firm, who is a member of the bar of this court and maintains an office in this district for the practice of law, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served:

   Name of attorney (Designee):
   Roy Terry, Esquire

   Name and address of law firm, or residence address:
   Roy Terry, Esquire

   Telephone number of law firm: (804) 370-2866

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                              Page 2                              F 2090-1.2.APP.NONRES.ATTY

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: _____

_____
Signature of applicant

_____
Printed name of applicant

## CONSENT OF DESIGNEE

I consent to the foregoing designation.

Date: 9/24/20

_Eloise K. Hahn_
Signature of Designee

_Eloise K. Hahn_
Printed name of Designee

The subject designations are contingent on retainer agreements in bankruptcy court. I have not received any agreement to date, therefore, all responses to the complaint should be directed to my atty.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2016                                      Page 3                                      F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE [LBR 2090-1(b)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 9/24/20, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

see attached

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/24/20 | Eloise Hahn | /s/ Eloise K Hahn |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.



```
                    CHESTERTON
                 1070 S CALUMET RD
              CHESTERTON, IN 46304-9998
                    (800)275-8777
09/23/2020                            03:36 PM
------------------------------------------------
Product              Qty   Unit       Price
                           Price
PM Express 1-Day      1               $26.35
Flat Rate Env
    Richmond, VA  23219
    Flat Rate
    Signature Waiver
    Scheduled Delivery Date
    Thursday 09/24/2020 12:00 PM
    Money Back Guarantee
    Tracking #:
    EJ450083834US
Insurance                              $0.00
    Up to $100.00 included
Total                                 $26.35

US Flag Bklt/20       1   $11.00     $11.00
Total                                $11.00
------------------------------------------------
Grand Total:                         $37.35
------------------------------------------------

------------------------------------------------
Debit Card Remitted                  $37.35
    Card Name:MasterCard
    Account #:XXXXXXXXXXXXX4422
    Approval #
    Transaction #:543
    Receipt #:025020
    Debit Card Purchase:$37.35
    Cash Back:$0.00
    AID:A0000000042203        Chip
    AL:Debit
    PIN:Verified              Debit
------------------------------------------------


****************************************
         Due to limited transportation
           availability as a result of
             nationwide COVID-19 impacts
         package delivery times may be
      extended. Priority Mail Express®
             service will not change.
****************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.

              Preview your Mail
             Track your Packages
              Sign up for FREE ®
           www.informeddelivery.com
```



**UNITED STATES POSTAL SERVICE.**

```
              CHESTERTON
           1070 S CALUMET RD
         CHESTERTON, IN 46304-9998
               (800)275-8777
09/23/2020                         03:16 PM
-------------------------------------------
Product            Qty    Unit       Price
                          Price
MadeofHearts        2     $0.55      $1.10
Total                                $1.10

First-Class Mail®   1                $1.40
Large Envelope
    Chicago, IL  60601
    Weight:0 Lb 3.00 Oz
    Estimated Delivery Date
    Saturday 09/26/2020
Total                                $1.40

Money Order                        $350.00
    Serial#:26615257918
Money Order Fee                      $1.25
Total                              $351.25

-------------------------------------------
Grand Total:                       $353.75
-------------------------------------------

Cash                               $350.00
Debit Card Remitted                  $3.75
    Card Name:MasterCard
    Account #:XXXXXXXXXXXX4422
    Approval #
    Transaction #:539
    Receipt #:025016
    Debit Card Purchase:$3.75
    Cash Back:$0.00
    AID:A0000000042203       Chip
    AL:Debit
    PIN:Verified             Debit
-------------------------------------------


*******************************************
       Due to limited transportation
        availability as a result of
        nationwide COVID-19 impacts
        package delivery times may be
    extended. Priority Mail Express®
         service will not change.
*******************************************

In a hurry? Self-service kiosks offer
quick and easy check-out. Any Retail
Associate can show you how.

           Preview your Mail
           Track your Packages
           Sign up for FREE @
           www.informeddelivery.com


All sales final on stamps and postage.
  Refunds for guaranteed services only.
       Thank you for your business.

      Tell us about your experience.
                 Go to:
     https://postalexperience.com/Pos
       840-5460-0131-001-00045-19865-01
     or scan this code with your mobile
                 device.
```



**USPS Customer's Receipt**

- Pay to: United States Bankruptcy Court
- Address: 701 E. Broad St. Ste 4000
- Richmond, VA 23219
- Year, Month, Day: 2020-09-23
- Post Office: 4630140
- Amount: $350.00
- Clerk: 18
- Serial Number: 26615257918
- NOT NEGOTIABLE

I, Eloise Kathleen Hahn, do hereby certify that I prepared my adversary criminal through direction of counsel. I am requesting representation for the conference call scheduled 11/10/20 at 9:30 a.m. eastern time Judge Phillips Courtroom, Room 5100, Richmond, VA 23219. All responses from defendants should be directed to my attention at my personal residential address as documented on page 1.

I, Eloise Kathleen Hahn, do hereby certify that I mailed a copy of this document to the following parties, including a copy of my USPS money order receipt, no 26615257918, federally expressed to the bankruptcy court on September 23, 2020 with noontime arrival time on September 24, 2020, being:

> United States Bankruptcy Court
> Attn: William Redden, Clerk of the Court
> 701 E. Broad St.
> Room 4000
> Richmond, VA   23219
>
> Judge Keith L. Phillips - Courtroom
> United Staes Bankruptcy Court
> 701 E. Broad St.
> Room 5100
> Richmond, VA   23219
>
> Rudolph C. McCollum, Jr.
> McCollum @ Law PC
> PO Box 4595
> Richmond, VA   23220
>
> Kutak Rock LLP
> Attn: Peter Barrett, Esq.
> 901 E. Byrd St.
> Suite 1000
> Richmond, VA   23219-4071
>
> McGuire & Woods
> Gateway Plaza

1

800 E. Canal St.
Richmond, VA   23219

United States Dept. of Justice
Attn:  Michael Haungs, Esquire
Attn:  John Schumann, Esquire
Tax Division, Appellate Section
P.O. Box 502
Washington, D.C.   20044

Steve Leahey, Esquire, pending retainer agreement nothing final
150 N. Michigan Av
Suite 1120
Chicago, IL   60601

Roy Terry, Esquire, pending retainer agreement nothing final
The Terry Law Firm
2711 Buford Rd.
Ste 170
North Chesterfield, VA   23235

September 24, 2020                    Eloise *Kathleen Huhn* (signature)

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

In re:  
Thomas Alan Minor and Renee Scott Minor

**Case Number** 10-30161-KLP  
**Chapter** 7  
**Adversary Proceeding Number** 20-03129-KLP  
**Judge** Keith L. Phillips

Debtor(s)

Eloise K Hahn

*mailed to Leesburg*

Plaintiff(s)

*requesting assistance*

V.

Thomas Alan Minor et al.

Defendant(s)

**To:** Eloise K Hahn

## NOTICE OF DEFICIENT FILING

Upon authority of Local Bankruptcy Rule 5005-1, the documents submitted by you

*1* – Adversary case 20-03129. Complaint against Thomas Alan Minor, U. S. Trust Bank of America Private Wealth Management, Commissioner of the IRS filed by Eloise K Hahn. (Attachments: # 1 Amended Proof of Claim 1-2 # 2 Amended Proof of Claim 1-3) Nature of Suit: (62 (Dischargeability – 523(a)(2), false pretenses, false representation, actual fraud)) Associated Bankruptcy Case Number: 3:10-bk-30161 (Smith, Linda)

contain certain deficiencies as set forth below. You must correct the deficiencies on or before *9/29/20*. Failure to timely correct the deficiencies may result in the pleading or other paper *being stricken from the record or, if a complaint is deficient, the adversary proceeding being dismissed.*

### REPRESENTATION AND APPEARANCES:
- ___ the ECF registered participant attorney filing the document does not match the attorney's signature on the document.
- ___ **Requirement of Counsel:** filed on behalf of an entity not a natural person acting on own behalf and not signed by counsel permitted to appear under LBR 2090-1. [See LBR 9010-1]
- ___ **Identification of Attorney:** State Bar number omitted from document/proposed order. [See LBR 5005-1(C)(5) and 9022-1(A)]
- ___ a written application for *pro hac vice* admission must be appended to the motion filed by a member of the Bar of this Court. [See LBR 2090-1(E)(2)(a)]

### REQUIREMENT OF FORM:
- ___ **Legibility:** *not in compliance with LBR 5005-1(C)(1)*
- ___ **Caption, Official Forms:** [See LBR 5005-1(C)(2)] Every paper must bear the debtor(s) name, the case number and chapter of the case to which it pertains and be in substantial compliance with the current Official Form. *If applicable,* Case name and/or number do not match on paper submitted.
- ___ Not on acceptable form approved by Court for use in Eastern District of Virginia pursuant to Local Bankruptcy Rule 3015-2(A).
- ___ **Signature Required:** not signed by counsel of record, or individual, if *pro se*.
  - ___ *if corporation,* not signed by counsel. [See LBR 5005-1(C)(4)]
  - ___ *if amendment to petition, lists or \*schedules,* not verified by unsworn declaration with original signature of all debtors and, if required, the original signature of the attorney. [See FRBP 1008]
  - ___ *if document submitted in electronically filed case,* signature not indicated with the party's name and/or attorney's name typed in full on the signature line, e.g. /s/ Jane Doe. [See CM/ECF Policy Statement 8.B., Form of Signature of Attorney User and Non-Attorney User.]
- ___ Document does not appear to be complete. Please review this filing for possible error and relate any amendment/correction to the original document.
- ___ Document does not match the event entry used for docketing. Please review this filing and redocket using the correct event entry _or_ redocket to attach the correct document.
- ___ Document appears to be filed in the wrong case. Please review this filing and docket to the correct case.
- **XX** Document does not include a certification whether an Attorney assisted with the preparation of the document. [See LBR 2090-1]
- ___ *Amended schedules do not include Form 106Dec – Declaration About an Individual Debtor's Schedules, or Form 106Dec is not signed.

Date: September 15, 2020    Clerk, United States Bankruptcy Court

By /s/ Suzan Ramirez-Lowe, Deputy Clerk  
[defntcvNov2019.jsp]    Direct Dial Telephone No. 804-916-2421

031620    36009031651033

# United States Bankruptcy Court
### Eastern District of Virginia
Richmond Division

|  |  |
|---|---|
| In re:<br>Thomas Alan Minor and Renee Scott Minor | Case Number  10-30161-KLP<br>Chapter  7<br>Adversary Proceeding Number 20-03129-KLP<br>Judge  Keith L. Phillips |
|  | Debtor(s) |
| Eloise K Hahn |  |
|  | Plaintiff(s) |
| V. |  |
| Thomas Alan Minor et al. |  |
|  | Defendant(s) |

### SUMMONS AND NOTICE IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to submit a motion or answer to the complaint which is attached to this summons to the Clerk of the Bankruptcy Court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days. **Motion or Answer is due by 10/15/2020; (IRS – 10/20/20).** If you make a motion, your time to answer is governed by Fed.R.Bankr.P. 7012.

| ADDRESS OF CLERK: | William C. Redden<br>United States Bankruptcy Court<br>701 East Broad Street<br>Richmond, VA 23219 |
|---|---|

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

| NAME AND ADDRESS OF<br>PLAINTIFF'S ATTORNEY: | Eloise K Hahn<br>313 E. 1300 N.<br>Chesterton, IN 46304 |
|---|---|

YOU ARE NOTIFIED that a pretrial conference of the proceeding commenced by the filing of the complaint will be held at the following time and place:

| ADDRESS: | Judge Phillips' – Courtroom, U. S. Bankruptcy Court, 701 E. Broad St., Rm. 5100, Richmond, VA 23219 |
|---|---|
| DATE AND TIME: | 11/10/20 at 09:30 AM |

IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.

Date: September 15, 2020

WILLIAM C. REDDEN, CLERK OF COURT
By /s/ Suzan Ramirez-Lowe
Deputy Clerk



*[Note: It is the responsibility of counsel for the plaintiff/movant to advise the Court of any settlement or any other valid reason that a Court scheduled pretrial conference, hearing or trial need not be conducted. Counsel are advised to provide the Court with such notification as far in advance of any such conference, hearing or trial as is practical under the circumstances. Failure of such counsel to properly and timely notify the Court may result in the imposition of sanctions. Local Bankruptcy Rule 9013-1(O)].*

