# United States Bankruptcy Court
## Eastern District of Virginia
Richmond Division

**TO:**
Eloise Hahn

**In re:** Thomas Alan Minor and Renee Scott Minor **Case Number** 10−30161−KLP
**Chapter** 7
**Adversary Proceeding Number 20−03129−KLP**

**YOU ARE ADVISED AS FOLLOWS CONCERNING PAPERS FILED BY YOU WHICH CONTAIN DEFICIENCIES:**

*18* − Application of Non−Resident Attorney to Appear in a Specific Case (Ramirez−Lowe, Suzan)

*19* − Application of Non−Resident Attorney to Appear in a Specific Case (Ramirez−Lowe, Suzan)

**REQUIREMENTS OF FORM/PROCESS:**

__   Not accompanied by "Request for Waiver to File by Flash Drive or Conventionally."* Parties represented by attorneys and governmental units and institutional entities must file via the Internet or complete and file a Request for Waiver in order to file by flash drive or conventionally. Future noncompliant filings will be forwarded to the Court for determination/appropriate action.

__   Please prepare and submit to the Court an Order Extending Stay, which may be obtained from the Court's web site at www.vaeb.uscourts.gov under Bankruptcy Forms.*

**X**   An attorney from another state, the District of Columbia or a territory of the United States may appear and practice in cases pro hac vice before this Court upon motion of a member of the Bar of this Court, provided that in all appearances said attorney shall be accompanied by a member of this Bar.

**MOTION FOR EXPEDITED HEARING [LBR 9013−1(N)]:**

__   Not accompanied by Certification Regarding Request for Expedited Hearing*.

__

**MOTION FOR RELIEF FROM STAY AND/OR CODEBTOR STAY [LBR 4001(a)(1)]:**

__   Not accompanied by proof of service indicating service of motion upon parties required to be served.

__   Notice as required by LBR 4001(a)−1(C) not clearly stated or conspicuously provided in motion.

__   Caption of codebtor stay does not clearly state the subsection of 11 U.S.C. 1301 under which party is proceeding.

__

**NOTICE OF MOTION OR OBJECTION/NOTICE OF HEARING:**

__   Official Form 420A* − Notice of Motion or Objection. The Notice must be in substantial compliance with the official form and must accompany the Motion or Objection when filed.

__   Official Form 420B* − Notice of Objection to Claim. The Notice must be in substantial compliance with the official form and must accompany the objection when filed.

__   Date, time and/or location omitted or incorrect in Notice of Hearing.

__   Notice of Hearing/Response not properly linked to Motion/Application/Objection

__

**MOTION TO RESTRICT PUBLIC ACCESS TO SENSITIVE CASE INFORMATION:**

__   Proposed redacted document not previously filed or not filed as a separate attachment to the motion

__   Motion does not state the docket or proof of claim number of the previously filed document sought to be restricted.

__

*A copy of the above−referenced forms may be obtained from the Court's web site at www.vaeb.uscourts.gov*

Date:   September 29, 2020                              CLERK, UNITED STATES BANKRUPTCY COURT

                                                        By /s/ Suzan Ramirez–Lowe, Deputy Clerk
[igmotionvNov2019.jsp]                                  Direct Dial Telephone No. 804–916–2421

United States Bankruptcy Court

Eastern District of Virginia

Hahn,
    Plaintiff

Adv. Proc. No. 20-03129-KLP

Minor,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0422-7    User: ramirez-l    Page 1 of 1
Date Rcvd: Sep 29, 2020    Form ID: igmoti19    Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**
+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 01, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| pla | + Eloise K Hahn, 313 E. 1300 N., Chesterton, IN 46304-9612 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 01, 2020      Signature:    /s/Joseph Speetjens